IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRETT ALEXANDER JONES     PETITIONER

V.     No. 1:22 CV 62-MPM-JMV

BURL CAIN

## NOTICE OF APPEAL

I, Brett Alexander Jones, hereby give Notice of Appeal to this Court.

I'm appealing from the Northern District of Mississippi Regarding the Court's FINAL JUDGEMENT Doc [23], the Courts Order Denying Motion to Amend Doc [25], and courts Memorandum Opinion Doc [22], as well as Courts Order Doc [24] Certificate of Appealability. I am appealing to the 5th Circuit.

I have already been granted permission to proceed in Forma Paupris regarding this Habeas Corpus Petition, and will continue in forma Paupris into the appeal phase.

by the hand of
Brett Alexander Jones
pro se litigant

[1]

Certificate of Service

Office of the Clerk, United States District Court, Northern District of Mississippi, Aberdeen Division.

Please serve or forward a copy to

Erin Rutherford
Office of Attorney General, Mississippi

Also to:

Mr Burl Cain
Commissioner of M.D.O.C.

This, the 7th day of March, 2023

Brett Alexander Jones
M.D.O.C. # 111796
Pro Se Litigant